No. 12–7967. PATE *v.* ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 12–7968. PITTMON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–7974. EVANS *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 12–7975. TORRES-DUENAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–7983. SEIDEMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–7985. PAGE *v.* WARREN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–7986. MORROW *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–7988. THOMAS *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 12–7989. WHITE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–7992. VONEIDA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–7993. WORD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–7994. TISTHAMMER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–8000. WESTBERG *v.* PALMER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–8005. DAWKINS *v.* GONYEA, SUPERINTENDENT, MOHAWK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 12–8006. CHAPARRO *v.* SCHROEDER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.